**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus HUMBERTO–CARDENAS,
Defendant—Appellant.**

**No. 04–30465.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 8, 2006.*

Decided March 14, 2006.

Rolf H. Tangvald, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Tracy Staab, Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

## MEMORANDUM **

Jesus Humberto–Cardenas appeals from the 87–month sentence imposed after pleading guilty to conspiracy to possess with intent to distribute over 50 grams of methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with United States v. Ameline, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). See United States v. Moreno–Hernandez, 419 F.3d 906, 916 (9th Cir.2005).

## REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

